**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **OTHORENE Z. HUNT and KENYA T. NOBLES,** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § § | **Civil Action No. 3:13-cv-1544-O** |
| **WORLDWIDE MORTGAGE CO. et al.,** | § § § | |
| **Defendants.** | § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, all of Plaintiffs' claims are **DISMISSED without prejudice** for want of subject-matter jurisdiction.

**SO ORDERED** on this **13th day** of **December, 2013.**


_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**